IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALFRED M. RIVERA,           )
                            )
            Petitioner,     )
                            )
      v.                    )     1:06CV211
                            )
T. O'BRIEN, Warden,         )
                            )
            Respondent.     )

## **J U D G M E N T**

For the reasons set out in an Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that petitioner's motion to alter or amend the judgment (docket no. 6) is denied, and this action is dismissed <u>sua</u> <u>sponte</u> pursuant to Rule 4, Rules Governing Section 2254 Cases, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

United States District Judge

May 1, 2006